IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

      Plaintiff,                      No. CIV S-11-0853 JAM DAD P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.            ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: April 20, 2011.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:mp
sugg0853.59